UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br><br>IRVIN YURIAR<br><br>                Defendant | Case No. 07 CR 0469 GT<br><br>PROPOSED ORDER RE:<br>CONTINUANCE OF SENTENCING<br>FOR IRVIN YURIAR |

The court Hereby approves the request of additional time for each side to prepare Responsive Briefs that the present sentencing date of 6-18-2007 be continued to 8-13-2007 at 2:00pm.

Date: 6-18-07

Hon. Gordon Thompson, Jr.

FILED
JUN 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA