1

2

3

4 FILED
SEP 2 8 2007

5

6

7

8

9 UNITED STATES DISTRICT COURT

10 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA | Case No. 07 CR 0469 GT

13 Plaintiff | PROPOSED ORDER RE: CONTINUANCE OF SENTENCING FOR IRVIN YURIAR

14 IRVIN YURIAR

15 Defendant

16

17

18 The court Hereby approves the request of additional time for each side to prepare Responsive

19 Briefs that the present sentencing date of 10-01-2007 be continued to 11-16-2007 at 9:00am.

20

21 Date Sept 28, 2007

Hon. Gordon Thompson, Jr.

22

23

24

25